United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT FLOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, OAKLAND POLICE OFFICER V. GARCIA; OAKLAND POLICE OFFICER J. MAJARUCON; and DOES 1 to 10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 04-03521 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that a settlement has been reached in the above-captioned action. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **SEPTEMBER 1, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: July 18, 2005

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE