IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT FLOWERS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, OAKLAND POLICE OFFICER V. GARCIA; OAKLAND POLICE OFFICER J. MAJARUCON; and DOES 1 to 10,<br><br>    Defendants.<br>_____/ | No. C 04-03521 WHA<br><br><br>**ORDER GRANTING-IN-PART REQUESTED CONTINUANCE** |

By order dated July 18, 2005, the Court requested a stipulated dismissal by September 1, 2005. The parties now jointly request continuances of this deadline until December 1, 2005, the pretrial conference date from October 11, 2005 until February 21, 2006 and the trial date from October 24, 2005 until March 13, 2006. This request is **DENIED**. If the settlement is not approved, the parties should be prepared to go to trial as scheduled. A brief continuance of the deadline for filing a stipulated dismissal until **SEPTEMBER 30, 2005**, however, is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE