IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOTT FLOWERS,

    Plaintiff,

  v.

CITY OF OAKLAND, OAKLAND POLICE OFFICER V. GARCIA; OAKLAND POLICE OFFICER J. MAJARUCON; and DOES 1 to 10,

    Defendants.

No. C 04-03521 WHA

**ORDER SETTING STATUS CONFERENCE**

The Court has received the parties' joint letter dated September 29, 2005. Counsel shall appear for a status conference today at **2:00 P.M.**

**IT IS SO ORDERED.**

Dated: September 30, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE