IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT FLOWERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, OAKLAND POLICE OFFICER V. GARCIA; OAKLAND POLICE OFFICER J. MAJARUCON; and DOES 1 to 10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 04-03521 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL WITH PREJUDICE** |

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Court retains jurisdiction to enforce the settlement agreement for only 45 days. The status conference scheduled for this afternoon at 2:00 P.M., the pretrial conference scheduled for October 11, 2005 and the trial scheduled to begin on October 24, 2005 are all **VACATED**. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 30, 2005

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE